**United States District Court**
**Northern District of Texas**

Chambers of
Judge John McBryde

501 W. 10th Street, Rm. 401
Fort Worth, Texas 76102
(817) 850-6650
Fax (817) 850-6660

April 5, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.   20544

Gentlemen:

  I discovered a spelling error on the entry on line 67 in section VII of my recently submitted Financial Disclosure Report for the current year 2006.  The "Alliance" should be "Allianz." The same spelling error was made in the explanatory paragraph related to the insurance policy in Section VIII.

Sincerely,



JM/lr

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>McBryde, John H | 2. Court or Organization<br><br>U.S.Dist. Ct., N. Dist. of TX | 3. Date of Report<br><br>03/26/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>501 West 10th Street<br>U.S. Courthouse, Room 401<br>Fort Worth, Texas 76102-3642 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR -2 A 10: 40 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University Law and Economics Center | April 21-27 - Tucson, Arizona (Transportation, Meals and Rooms) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Fort Worth Club | See explanation in Sec. VIII | $ 1,500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS AND UNITS OF OWNERSHIP (2-25): | | | | | | | | | |
| 2. Caterpillar Tractor | C | Dividend | M | T | | | | | |
| 3. Chevron Corp. (formerly Chevron Texaco Corp.) | C | Dividend | M | T | | | | | |
| 4. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 5. General Electric Co. | B | Dividend | L | T | | | | | |
| 6. The B.F. Goodrich Co. | A | Dividend | K | T | | | | | |
| 7. ICO, Inc. | | None | J | T | | | | | |
| 8. IBM | A | Dividend | K | T | | | | | |
| 9. InterTan, Inc. | | None | | | Surrender | 10/4 | J | A | InterTan |
| 10. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 11. Permian Basin Royalty Trust | D | Dividend | M | T | | | | | |
| 12. San Juan Basin Royalty Trust | D | Dividend | M | T | | | | | |
| 13. Weyerhaeuser Co. | B | Dividend | L | T | | | | | |
| 14. Winn-Dixie Stores, Inc. | | None | | | Write-off | | | | See Section VIII |
| 15. Ford Motor Co. | A | Dividend | | | Sale | 12/1 | J | A | Broker |
| 16. Intel Corp. | A | Dividend | J | T | | | | | |
| 17. Alcatel/Lucent (formerly Lucent | | None | | | Sale | 12/1 | J | A | Broker |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2)  Q =Appraisal  V =Other  S =Assessment
   U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Technologies, Inc.) | | | | | | | | | |
| 18. Plains All American Pipeline, L.P. | A | Dividend | J | T | | | | | |
| 19. Avaya | | None | | | Sale | 12/1 | J | A | Broker |
| 20. Visteon Corp. | | None | | | Sale | 12/1 | J | A | Broker |
| 21. Bristol-Meyers Squibb Co. | A | Dividend | J | T | | | | | |
| 22. FirstEnergy Corp. | A | Dividend | K | T | | | | | |
| 23. Agere Systems, Inc. | | None | | | Sale | 12/1 | J | A | Broker |
| 24. EnPro Industries | | None | J | T | | | | | |
| 25. 3M Co. | A | Dividend | K | T | | | | | |
| 26. ************************* | | | | | | | | | |
| 27. BANK ACCOUNTS (28-29): | | | | | | | | | |
| 28. Frost Nat'l. Bank | A | Interest | J | T | | | | | |
| 29. Worth National Bank | A | Interest | | | Closed | 2/1 | J | A | |
| 30. ************************* | | | | | | | | | |
| 31. MUNICIPAL BONDS: | | | | | | | | | |
| 32. Tarrant Co. TX Hsg. Fin. Corp. Rev. Single Fam. Mtg. | A | Interest | J | W | Exchange | 12/1 | J | A | |
| 33. ************************* | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.   MUTUAL FUNDS (NON-IRA) (35-45): | | | | | | | | | |
| 35.   Eaton Vance Nat. Muni Fund | D | Dividend | M | T | | | | | |
| 36.   Fidelity Investments - Magellan | F | Dividend | N | T | | | | | |
| 37.   Fidelity Investments - Puritan | E | Dividend | N | T | | | | | |
| 38.   T. Rowe Price-High Yield | D | Dividend | L | T | | | | | |
| 39.   Vanguard Group-Intermediate Muni Bond Fund | B | Dividend | L | T | | | | | |
| 40.   Vanguard Group - Long-term Muni Bond Fund | B | Dividend | K | T | | | | | |
| 41.   Vanguard Tax Exempt Money Market Fund | C | Dividend | N | T | | | | | |
| 42.   Nuveen Select Quality Muni Fund | C | Dividend | L | T | | | | | |
| 43.   Am. Century Ultra Fund | | None | | | Redemption | 3/6 | M | D | Am. Century |
| 44.   Vanguard International Growth Fund | D | Dividend | M | T | Buy | 12/22 | K | | Vanguard |
| 45.   Vanguard International Value Fund | D | Dividend | M | T | Buy | 12/22 | K | | Vanguard |
| 46.   ********************** | | | | | | | | | |
| 47.   MUTUAL FUNDS - IRA ROLLOVER (48-55): | | | | | | | | | |
| 48.   T. Rowe Price - High Yield | E | Dividend | M | T | | | | | |
| 49.   Vanguard Group-Wellington | E | Dividend | N | T | | | | | |
| 50.   Vanguard Group-GNMA | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Fid. Inv. Int'l Discovery Fund | D | Dividend | M | T | | | | | |
| 52. Vanguard 500 Index Fund | C | Dividend | L | T | Part Redempt | 12/22 | L | | Mandatory IRA Withdrawal |
| 53. Vanguard Equity Income Fund | E | Dividend | N | T | | | | | |
| 54. Vanguard Windsor Fund | D | Dividend | M | T | | | | | |
| 55. Vanguard Primecap Fund | C | Dividend | L | T | | | | | |
| 56. ********************** | | | | | | | | | |
| 57. MUTUAL FUNDS/IRA NON-ROLLOVER (58-59): | | | | | | | | | |
| 58. Vanguard Group-Long Term Corp. | E | Dividend | N | T | | | | | |
| 59. Vanguard Group - Wellington | A | Dividend | K | T | Part Redempt | 12/22 | J | | Mandatory IRA Withdrawal |
| 60. ********************** | | | | | | | | | |
| 61. OTHER (62-64): | | | | | | | | | |
| 62. U.S. Treas. Notes & Bonds | E | Interest | P1 | T | | | | | |
| 63. Sherman Co. TX Min. Int. | A | Royalty | J | W | | | | | |
| 64. Tarrant County, TX Rental Property | | None | L | W | | | | | |
| 65. ********************** | | | | | | | | | |
| 66. LIFE INSURANCE POLICIES (67-68): | | | | | | | | | |
| 67. Alliance Life Ins. Co.-Whole Life Ins. | A | Dividend | J | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Policy | | | | | | | | | |
| 68. MONY Life Ins. Co. - Whole Life Ins. Policy | B | Dividend | K | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

V. OTHER GIFTS. (Continuation of Sec. III).

As a member of the local federal judiciary, I have an honorary membership in The Fort Worth Club. My honorary membership eliminated the need for me to pay $1,500 ($125 per month) in dues that otherwise would have been paid by a member. The $1,500 is the only value the membership had to me during the year 2006.

VIII. INVESTMENTS.

Dividends on the non-IRA mutual funds are reinvested as declared except the T. Rowe Price-High Yield Fund, Vanguard Tax-Free Funds, and Nuveen Fund.

The "transaction" with respect to Winn-Dixie (item 14) that caused the shares to become worthless is that a plan of reorganization in a Chapter 11 bankruptcy of Winn-Dixie resulted in the common shares of Winn-Dixie no longer having any value. This occurred during 2006.

The royalty income in relation to the Sherman County, Texas, mineral interest (item 63) was received from BP American Production Co.

I have not reported life insurance policies (items 67-68) on any of my earlier reports because I was not aware that they should be reported until I read the instructions at the bottom of page 38 and top of page 39 of the January 3, 2007, Filing Instructions for Judicial Officers and Employees. If comparable instructions were in earlier instruction forms, I overlooked them. The Alliance life insurance policy is one I purchased in 1953. I have been paying premiums on it annually since then, and it increases in cash value each year. I am assuming that a proper characterization of the increase is "Div." The MONY life insurance policy is one I purchased in 1971. Since then I have been making periodic premium payments (monthly, I believe). Its cash value increases yearly, presumably as the result of dividends.

All items of property listed in Section VII are the community property█████████████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat_____ Date_____3/2-L/07

N_____ ... LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
NS (5 U.S.C ...

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544